# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2:07-cr-20204-SHM-16 |
| ) | |
| DAVID STAPLES et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is the July 9, 2024 Motion of Jacquelyne Karie Phelps for Leave to Appear Pro Hac Vice for David Staples.  (ECF No. 1063.)  Phelps has submitted documentation showing that she is a member in good standing of the bars of the United States District Court for the Western District of Oklahoma and the Supreme Court of Oklahoma.  Phelps is familiar with and agrees to be bound by the local rules and professional guidelines of this court.  For good cause shown, the motion is GRANTED and Jacquelyne Karie Phelps is admitted to participate in this action as counsel for Defendant David Staples.

It is SO ORDERED this 11th day of July, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE